Brian T. Shaw, Esq.
**CONSUMER LITIGATION GROUP**
Law Office of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063
Tel 610-616-5303
Fax 610-672-1944
Eml BShaw@ConsumerLitigators.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(NEWARK DIVISION)

| | |
|---|---|
| DAVID A. HRICZKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORLDWIDE ASSET PURCHASING II, LLC, *et al.*,<br><br><br>　　　　Defendants. | DOCKET NO.: 2:10-CV-06377-PGS-ES<br><br>NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY |

**TO:	CLERK, UNITED STATES DISTRICT COURT
	FOR THE DISTRICT OF NEW JERSEY**

　　　The parties hereto having resolved their differences, please dismiss the above-captioned case **with prejudice** and **without costs** as to any party.

　　　　　　　　　　　　　　　BY:	s/Brian T. Shaw
　　　　　　　　　　　　　　　　　Brian T. Shaw, Esquire
　　　　　　　　　　　　　　　　　**LAW OFFICES OF DIMITRIOS KOLOVOS, LLC**
　　　　　　　　　　　　　　　　　211 W. State Street, Suite 204
　　　　　　　　　　　　　　　　　Media, PA  19063
　　　　　　　　　　　　　　　　　Tel 610-616-5303
　　　　　　　　　　　　　　　　　Fax 610-672-1944
　　　　　　　　　　　　　　　　　Eml BShaw@ConsumerLitigators.com